IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE JOSEPH KURTZ | ) ) ) ) ) ) ) ) | 8:15CV191<br><br>**MEMORANDUM AND ORDER** |
| JOSEPH A. KURTZ,<br><br>Plaintiff,<br><br>v.<br><br>PATRICK ANSON, et al.,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) | 8:15CV229<br><br>**MEMORANDUM AND ORDER** |
| JOSEPH A. KURTZ,<br><br>Plaintiff,<br><br>v.<br><br>SAMANTHA ZUMWALT,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | 8:15CV251<br><br>**MEMORANDUM AND ORDER** |

| | | |
|---|---|---|
| JOSEPH A. KURTZ, | ) | 8:15CV269 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOEY ANSON, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| JOSEPH A. KURTZ, | ) | 8:15CV294 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DARIN MATTHEWS, | ) | |
| | ) | |
| Defendant. | ) | |

On August 17, 2015, the court ordered Plaintiff to update his address with the court within 30 days or face dismissal of these actions. To date, Plaintiff has not updated his address or taken any other action in these cases.

IT IS THEREFORE ORDERED that: These cases are dismissed without prejudice because Plaintiff failed to prosecute them diligently and failed to comply with this court's orders. Separate judgments will be entered in accordance with these memoranda and orders.

DATED this 23rd day of September, 2015.

                              BY THE COURT:

                              *s/ John M. Gerrard*
                              United States District Judge